Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CAROLYN GAYDEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CAROLYN GAYDEN, | Case No.: 2:09-cv-06813-ODW-JC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, CAROLYN GAYDEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

//

//

//

//

//

- 1 -

Notice of Settlement

|   |   |   |
|---|---|---|
| | | Respectfully Submitted, |
| DATED: October 30, 2009 | | KROHN & MOSS, LTD. |
| | | By: /s/ Nicholas J. Bontrager      _ |
| | | Nicholas J. Bontrager |
| | | Attorney for Plaintiff |

- 2 -

Notice of Settlement