Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CAROLYN GAYDEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAROLYN GAYDEN, ) | Case No.: 2:09-cv-06813-ODW-JC |
| Plaintiff, ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, CAROLYN GAYDEN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 10, 2009                KROHN & MOSS, LTD.


                                        By:/s/ Nicholas J. Bontrager

                                        Nicholas J. Bontrager

                                        Attorneys for Plaintiff,
                                        CAROLYN GAYDEN

- 1 -

Voluntary Dismissal