# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6813 ODW(JCx) | Date | December 11, 2009 |
|---|---|---|---|
| Title | Carolyn Gayden v. Portfolio Recovery Associates, LLC | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Raymond Neal | Not reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order Correcting Case Status

☐   Case previously closed in error.  Make JS-5.

√   **Case should have been closed on entry [9] dated 12/10/09. Make JS-6**

☐   Case settled but may be reopened if settlement is not consummated within ____ days.  Make JS-6.

☐   Other.

☐   Entered.

                                                                                          : 00

                                                           Initials of Preparer    RGN